ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Zabihullah Aziz Company Ltd. | ) ASBCA No. 58848 |
| | ) |
| Under Contract No. W91B4M-10-P-4238 | ) |

APPEARANCE FOR THE APPELLANT:     Mr. Zabihullah Aziz
                                  CEO/President

APPEARANCES FOR THE GOVERNMENT:   Raymond M. Saunders, Esq.
                                  Army Chief Trial Attorney
                                  MAJ Lawrence Gilbert, JA
                                  Trial Attorney

ORDER OF DISMISSAL

For reasons indicated by one or both parties, the Board is unable to proceed with disposition of the above appeal for an inordinate length of time due to factors not within the control of the Board. Accordingly, the above appeal is hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: 7 January 2015

*Michael T. Paul*

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58848, Appeal of Zabihullah Aziz Company Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals